UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) v. ) ) JASON ROBERT HODGES ) ) | CASE NO. 4:06cr88 |

## O R D E R

This case is before the Court for a preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1). The defendant waived his right to a preliminary hearing. The Court finds that there is probable cause to believe that the defendant has violated the terms and conditions of supervised release and, therefore, should appear for a revocation hearing before the assigned district judge in this matter.

**SO ORDERED** this 1st day of December 2020.

*Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA