GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Jason Robert Hodges | ) | |
| | ) | Case Number: 4:06CR00088-1 |
| | ) | USM Number: 12671-021 |
| | ) | John Davidson Carson |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to participate in a program of treatment for drugs and alcohol (special condition). | October 25, 2017 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 16, 2017 |

*See Page 2 for Additional Violations*

The defendant is sentenced as provided in Page 3 through of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 4607

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:

Savannah, Georgia

February 8, 2021
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

FEB. 9, 2021
Date

Judgment— Page 2 of 3

DEFENDANT: Jason Robert Hodges
CASE NUMBER: 4:06CR00088-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 31, 2017 |
| 4 | The defendant committed another federal, state, or local crime (mandatory condition) | November 23, 2017 |

DEFENDANT: Jason Robert Hodges
CASE NUMBER: 4:06CR00088-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>18 months as to each of Counts 6 and 12, to be served concurrently.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be given credit for all time served since he was taken into federal custody for the instant federal matter on November 22, 2020. Additionally, if during this 18-month period of incarceration it is determined by medical providers that the defendant is a prospective organ donor and, that surgery needs to take place during this 18-month period, it is recommended that the Bureau of Prisons consider release for the defendant to be a donor should that circumstance occur.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL